UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**DEBORAH JANE LUTZ,**

        **Plaintiff,**

v.                                                         7:15-CV-0828 (BKS/DJS)

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security,**

        **Defendant.**
_____

**Appearances:**

Counsel for Plaintiff:
Jaya A. Shurtliff, Esq.
Barney F. Bilello, Esq.
Stephanie Viscelli, Esq.
Stanley Law Offices, LLP
215 Burnet Avenue
Syracuse, NY 13203

Counsel for Defendant:
Richard S. Hartunian, United States Attorney
Lauren E. Myers, Esq.
Special Assistant United States Attorney
Social Security Administration
Office of Regional General Counsel, Region II
26 Federal Plaza - Room 3904
New York, NY 10278

**Hon. Brenda K. Sannes, United States District Judge:**

## MEMORANDUM-DECISION AND ORDER

## INTRODUCTION

       Plaintiff Deborah Jane Lutz filed this action under 42 U.S.C. § 405(g) seeking review of a

decision by the Acting Commissioner of Social Security denying Plaintiff's applications for

Disability Insurance Benefits, Period of Disability and Supplemental Security Income. Dkt. No.

1. Subsequently, this matter was referred to United States Magistrate Judge Daniel J. Stewart for a Report-Recommendation. Dkt. No. 3; Local Rule 72.3(d). On September 8, 2016, Magistrate Judge Stewart issued a Report-Recommendation recommending that the Commissioner's decision be affirmed. Dkt. No. 16. Magistrate Judge Stewart advised the parties that under 28 U.S.C. § 636(b)(1), they had fourteen days within which to file written objections to the report, and that the failure to object to the report within fourteen days would preclude appellate review. Dkt. No. 16, p. 20. No objections to the Report-Recommendation have been filed.

As no objections to the Report and Recommendation have been filed, and the time for filing objections has expired, the Court reviews the Report and Recommendation for clear error. *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228-29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Having reviewed the Report and Recommendation for clear error and found none, the Report and Recommendation is adopted in its entirety.

For these reasons, it is

**ORDERED** that the Report-Recommendation (Dkt. No. 16) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the Commissioner's decision is **AFFIRMED**; and it is further

**ORDERED** that the Complaint (Dkt. No. 1) is **DISMISSED**; and it is further

**ORDERED** that the Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

September 27, 2016
Syracuse, New York

Brenda K. Sannes
U.S. District Judge